THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BAILEY, Appellant.— Judgment of the County Court of Suffolk county, affirming conviction of defendant, unanimously affirmed. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN M. BIGGINS, Appellant.— Judgment of conviction of the Court of Special Sessions, Borough of Brooklyn, reversed on the facts, and defendant discharged. We think the evidence fails to prove defendant's guilt of the crime charged. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN CANAVAN, Appellant.— Judgment of conviction of the Court of Special Sessions reversed on the law, and new trial ordered. The evidence in the record on the question of defendant's official position is very unsatisfactory, and this should be more fully developed at the new trial in order that it may be determined whether defendant was entitled, by virtue of his office, to possess the weapon in question. Jaycox, Young and Lazansky, JJ., concur; Kelly, P. J., and Manning, J., dissent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB EPSTEIN, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL TAISHOFF, Appellant.— Judgment of conviction and order of the County Court of Nassau county unanimously affirmed, pursuant to section 542, Code of Criminal Procedure. Although we regard some of the remarks of the district attorney as intemperate, we feel so thoroughly convinced of defendant's guilt that we think we should not disturb the judgment. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED YALDEN, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed, but sentence modified pursuant to section 543 of the Code of Criminal Procedure, by limiting the term of imprisonment to the term already served. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

ISAAC REISS, Respondent, v. HARRY BERGER and ANNIE BERGER, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

GLADALYN RICHTER, an Infant, by LOTTIE RICHTER, Her Guardian ad Litem, Respondent, v. JOHN E. HALLAREN, Appellant.— Judgment and order reversed on the facts, and new trial granted, with costs to abide the event. We are of opinion that the finding of the jury that defendant was negligent and that plaintiff was free from contributory negligence is against the weight of the evidence. Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ., concur.

NATHAN SCHWARTZ, Respondent, v. CHARLES I. PINNER, Appellant.— Order denying defendant's motion for a new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.